THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW TOBIAS, <br><br> Plaintiff, <br><br> v. <br><br> THE WHITE HOUSE, <br><br> Defendant. | CASE NO. C19-2096-JCC <br><br> ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 5). Judge Theiler recommends that the Court dismiss Plaintiff's complaint because it is frivolous and fails to state a claim over which the Court has subject matter jurisdiction. (*Id.* at 2.) Plaintiff has not filed objections. Having reviewed the report and recommendation and the relevant record, the Court agrees with Judge Theiler. The Court therefore ORDERS as follows:

1. The report and recommendation (Dkt. No. 5) is ADOPTED;
2. Plaintiff's *in forma pauperis* application (Dkt. No. 1) is DENIED;
3. The case is DISMISSED without prejudice;
4. The Clerk is DIRECTED to send copies of this order to Plaintiff and Judge Theiler.

//

1 DATED this 2nd day of March 2020.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE